DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES JEROME BEAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2874

[April 23, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2014-CF-010600-AXXX-MB.

Carey Haughwout, Public Defender, and Timothy Wang, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

*            *            *

***Not final until disposition of timely filed motion for rehearing.***